COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 IN THE
 MATTER OF H.M.,
  
                             Appellant.
  
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00065-CV
  
 Appeal from the
  
 County Court at Law
  
 of Midland County, Texas
  
 (TC#4989)
 
 




 

MEMORANDUM
OPINION

H.M. has filed a motion to dismiss
this appeal.  The motion is signed by
H.M. and his attorney.  Therefore, the
motion is granted, and this appeal is dismissed.  See Tex.
R. App. P. 42.2(a).

 

SUSAN
LARSEN, Justice

November 6, 2003

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.